UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAYLOR KAYE GROCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00605-SEB-CSW |
| | ) |
| SCOTT PINKERTON, et al., | ) |
| | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION
### HON. MAGISTRATE JUDGE CRYSTAL S. WILDEMAN

This matter is before the Court on Defendants' *Joint Motion for Dismissal*. (Dkt. 77). Plaintiff has failed to respond to discovery requests that are long overdue, even after being compelled to respond. (Dkt. 71). Plaintiff also failed to attend the May 21, 2024, Telephonic Status Conference and did not respond to the Court's Show Cause Order. (Dkt. 75). Plaintiff's failure to participate in discovery and prosecute her case has violated the Federal Rules and this Court's orders.

The Court may dismiss an action if a party fails to cooperate in discovery. Fed. R. Civ. P. 37(b)(2)(A)(v). "Though a motion to compel usually precedes the imposition of sanctions under Rule 37, one is not always necessary." *Mojapelo v. Nat'l R.R. Passenger Corp.*, 748 F. App'x 68, 70 (7th Cir. 2019). Federal Rule of Civil Procedure ("Rule") 41(b) provides that if "the plaintiff fails to prosecute or to comply with [the Rules]," the Court may dismiss the action. "District courts generally have broad authority to dismiss a case for failure to prosecute, and this includes failure to comply with valid orders." *Thomas v. Wardell*, 951 F.3d 854, 862 (7th Cir. 2020).

The Magistrate Judge **RECOMMENDS** this action be **DISMISSED** for failure to comply with the rules and this Court's orders, failure to participate in

discovery, and for failure to prosecute the case.

**SO RECOMMENDED.**

Date: August 6, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

TAYLOR KAYE GROCE
1144 S. Main Street
New Castle, IN 47362

Breanne Chambers
Office of Indiana Attorney General
breanne.chambers@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Ronald A. Mingus
REMINGER CO. LPA (Indianapolis)
rmingus@reminger.com

Daniel Mark Witte
TRAVELERS STAFF COUNSEL INDIANA
dwitte@travelers.com