UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAYLOR KAYE GROCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00605-SEB-CSW |
| | ) | |
| SCOTT PINKERTON, | ) | |
| JOSEPH J. BERGACS, | ) | |
| JIM HEFFERNAN, | ) | |
| CITY OF NEW CASTLE, INDIANA, | ) | |
| NEW CASTLE POLICE DEPARTMENT, | ) | |
| HENRY COUNTY PROSECUTOR'S OFFICE, | ) | |
| HENRY COUNTY, | ) | |
| RICHARD A. MCCORKLE, | ) | |
| HENRY COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 79]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date: 8/29/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TAYLOR KAYE GROCE
1144 S. Main Street
New Castle, IN 47362

Breanne Chambers
Office of Indiana Attorney General
breanne.chambers@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Ronald A. Mingus
REMINGER CO. LPA (Indianapolis)
rmingus@reminger.com

Daniel Mark Witte
TRAVELERS STAFF COUNSEL INDIANA
dwitte@travelers.com