UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAYLOR KAYE GROCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00605-SEB-CSW |
| ) | |
| SCOTT PINKERTON, ) | |
| JOSEPH J. BERGACS, ) | |
| JIM HEFFERNAN, ) | |
| CITY OF NEW CASTLE, INDIANA, ) | |
| NEW CASTLE POLICE DEPARTMENT, ) | |
| HENRY COUNTY PROSECUTOR'S OFFICE, ) | |
| HENRY COUNTY, ) | |
| RICHARD A. MCCORKLE, ) | |
| HENRY COUNTY SHERIFF'S DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, the Court now enters final judgment. The action is **dismissed** with prejudice for lack of jurisdiction.

Date:    8/29/2024

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TAYLOR KAYE GROCE
1144 S. Main Street
New Castle, IN 47362

Breanne Chambers
Office of Indiana Attorney General
breanne.chambers@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Ronald A. Mingus
REMINGER CO. LPA (Indianapolis)
rmingus@reminger.com

Daniel Mark Witte
TRAVELERS STAFF COUNSEL INDIANA
dwitte@travelers.com